IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR  22–13–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| LESLIE PATRICIA RIVERA<br>*aka Leslie Patrica Rivera-Henriquez*<br>*and Leslie Patricia Henriquez-Sarrios*, | |
| Defendant. | |

Before the Court is United States Magistrate Judge Kathleen L. DeSoto's

Findings & Recommendation Concerning Plea.  (Doc. 103.)  Because neither party

objected, they are not entitled to *de novo* review.  28 U.S.C. § 636(b)(1); *United*

*States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).  Therefore, the Court

reviews the Findings and Recommendation for clear error.  *McDonnell Douglas*

*Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).  Clear

error exists if the Court is left with a "definite and firm conviction that a mistake

has been committed."  *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Leslie Patricia Rivera is charged with one count of conspiracy to transport

illegal aliens, in violation of 8 U.S.C. §§ 1324(a)(1)(A)(v)(I) and 1324(a)(1)(A)(ii)

1

(Count I) and one count of transportation of illegal aliens, in violation of 8 U.S.C.

§ 1324(a)(1)(A)(ii) (Count II). (Doc. 36.) Judge DeSoto recommends that this

Court accept Ms. Rivera's guilty plea as to Count II after she appeared before her

pursuant to Federal Rule of Criminal Procedure 11. The Court finds no clear error

in Judge DeSoto's Findings and Recommendation and adopts them in full,

including the recommendation to defer acceptance of the Plea Agreement until

sentencing when the Court will have reviewed the Plea Agreement and Presentence

Investigation Report.

Accordingly, IT IS ORDERED that Judge DeSoto's Findings and

Recommendation (Doc. 103) is ADOPTED in full.

IT IS FURTHER ORDERED that Ms. Rivera's motion to change plea (Doc.

92) is GRANTED.

IT IS FURTHER ORDERED that Leslie Patricia Rivera is adjudged guilty

as charged in Count II of the Indictment.

DATED this 6th day of September, 2022.

Dana L. Christensen, District Judge
United States District Court